UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN ESHELMAN,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendants. | Case No.  1:19-CV-00052-TJM-CFH<br><br>**AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREE by and between the undersigned counsel for Plaintiff, Karen Eshelman ("Plaintiff") and Defendant, Capital One Bank (USA), N.A. ("Defendant") that pursuant to FRCP 41(a)(1)(A)(ii), that the action against Capital One Bank (USA), N.A. in the above captioned matter are here by dismissed in its entirety with prejudice and each party to bear its own costs and fees. That no party hereto is an infant or incompetent.

| | |
|---|---|
| */s/ Eugene R. Licker (with permission*<br>Eugene R. Licker<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Telephone: (646) 346-8074<br>Fax: (212)223-1942<br>Email: lickere@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Adam T. Hill*<br>Adam T. Hill<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Rd., Ste. 310<br>Corona, CA 92880<br>Tel. (657) 236-3525<br>Email: AdamH@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

## CERTIFICATION OF SERVICE

I certify that on 20th day of November 2019, I electronically filed the foregoing AMENDED Stipulation Of Dismissal With Prejudice using the CM/ECF Sysyem, which will notify all registered parties.

Eugene R. Licker
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: (646) 346-8074
Fax: (212)223-1942
Email: lickere@ballardspahr.com

Thomas B. Sullivan
Ballard Spahr LLP
1675 Broadway
Ste 19th Floor
New York, NY 10019-5820
212-850-6139
Fax: 212-223-1942
Email: sullivant@ballardspahr.com

Daniel Jt McKenna
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215-864-8321
Fax: 215-864-8999
Email: mckennad@ballardspahr.com

                                                                 */s/Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Ste. 310
Corona, CA 92880
Tel. (657) 236-3525
Email: AdamH@jlohman.com
*COUNSEL FOR PLAINTIFF*