UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN ESHELMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No.  1:19-CV-00052-TJM-CFH<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Karen Eshelman ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A. ("Defendant"), having filed a Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERRED.

DATED:   11/21/2019

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge